UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-81707-CV-Middlebrooks/Brannon

HOWARD COHAN,

    Plaintiff,

vs.

UNCLE TAI'S, INC.
d/b/a UNCLE TAI'S,

    Defendant(s).
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16(f)(2), hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement agreement. The parties respectfully requests twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: February 8, 2016

        **WEISS LAW GROUP, P.A.**
        *Attorneys for Plaintiff*
        5531 N. University Drive
        Suite 103
        Coral Springs, FL 33067
        Tel: (954) 573-2800
        Fax: (954) 573-2798


        BY: /s/ Peter S. Leiner
            Jason S. Weiss
            Jason@jswlawyer.com
            Florida Bar No. 356890
            Peter S. Leiner
            Peter@jswlawyer.com
            Florida Bar No. 104527

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Adam D. Palmer, Esq. at APalmer@schoeppleburke.com.

BY:   /s/ Peter S. Leiner
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527
