UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-CV-81707-MIDDLEBROOKS

HOWARD COHAN,

    Plaintiff,

v.

UNCLE TAI'S, INC.
d/b/a UNCLE TAI'S,

    Defendant.
_____/

## ORDER APPROVING CONSENT DECREE

THIS CAUSE comes before the Court on the Parties' Stipulation for Approval and Entry of Consent Decree ("Motion") (DE 14). The Court has carefully considered the Motion and the Consent Decree attached to the Joint Stipulation (DE 14-1), and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Stipulation for Approval and Entry of Consent Decree (DE 14) is hereby **APPROVED AND ENTERED**.

2. This action is **DISMISSED WITH PREJUDICE**.

3. The Court retains jurisdiction to enforce the Consent Decree.

4. All pending motions are **DENIED AS MOOT**.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida on this 24 day of February, 2016.

                                      DONALD M. MIDDLEBROOKS
                                      UNITED STATES DISTRICT JUDGE

cc: Counsel of Record